```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

LUCILLE KEARNY,

    Plaintiff,

v.                                    Case No. 8:12-cv-1961-T-33AEP

CAROLYN COLVIN,
Acting Commissioner
of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to the Commissioner of Social Security's Unopposed Motion For Entry of Judgment With Remand (Doc. # 18), filed on May 17, 2013. The Commissioner requests to remand the case pursuant to sentence four of Title 42, United States Code, Section 405(g), which provides:

> The Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing.

42 U.S.C. 405(g).

Specifically, the Commissioner moves to remand the case for the following reasons:

> On remand, the administrative law judge (ALJ) will re-evaluate Dr. Gerald J. Hodan's report and

    determine whether Plaintiff meets or equals the requirements in Listing 12.05 (mental retardation). If the ALJ concludes the claimant does not meet or equal the requirements in Listing 12.05, the ALJ will adequately explain his findings. Furthermore, on remand, the Appeals Council will consider whether to affirm the "disability" finding of an October 17, 2012 hearing decision based on Plaintiff's subsequent application filed in April 2011.

(Doc. # 18 at 1).

Plaintiff does not object to the relief requested. (Id.).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. # 18) is **GRANTED.**

(2) The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** for further administrative proceedings consistent with the reasons stated herein, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>20th</u> day of May, 2013.

                                                _____
                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record